# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA HERNANDEZ RIVERA,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:21-cv-00761-SAB<br><br>ORDER GRANTING STIPULATED MOTION EXTENDING BRIEFING SCHEDULE<br><br>(ECF No. 17) |

On May 28, 2022, the parties filed a stipulated motion requesting the deadline for Plaintiff to file an opening brief be extended by a period of thirty (30) days. (ECF No. 17.) The Court finds good cause to grant the requested extension.

Accordingly, pursuant to the agreement of the parties, IT IS HEREBY ORDERED that the stipulated motion is GRANTED and the deadline to file Plaintiff's opening brief is extended until July 20, 2022.

IT IS SO ORDERED.

Dated: __**May 31, 2022**__

_____
UNITED STATES MAGISTRATE JUDGE

1